PROB 12
(02/05-D/CO)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. DELBERT IRVING WADE     Docket Number: 06-cr-00170-WYD-01

**Amended Petition for Violations of Supervised Release**

COMES NOW, Michael Wilson, probation officer of the Court, presenting an official report upon the conduct and attitude of Delbert Irving Wade who was placed on supervision by the Honorable John R. Roll sitting in the Court at Tucson, Arizona, on the 8th day of November, 2001, who fixed the period of supervision at thirty-six (36) months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall participate as instructed by the probation officer in a program of substance abuse treatment which may include testing for substance abuse. You shall contribute to the cost of treatment in an amount to be determined by the probation officer.

2. You shall participate in a mental health program as directed by the probation officer which may include taking prescribed medication. You shall contribute to the cost of treatment in an amount to be determined by the probation officer.

3. You shall submit to search of person, property, vehicles, business, and residence to be conducted in a reasonable manner and at a reasonable time by, or at the direction of, the probation officer.

4. You shall provide the probation officer access to any requested financial information.

5. You are prohibited from making major purchases, incurring new financial obligations, or entering into any financial contracts without the prior approval of the probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

See attachment hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER that the Petition for Issuance of a Warrant for Violations of Supervised Release, dated April 5, 2006, be amended to replace charged violation 1 with the attached charged violation 1A, and that the Amended Petition be filed and made a part of the record.

ORDER OF THE COURT

| | |
|---|---|
| Considered and ordered this 30th day of October, 2007, and ordered filed and made a part of the record in the above case. | I declare under penalty of perjury that the foregoing is true and correct. |
| | s / Michael Wilson |
| | Michael Wilson |
| | U. S. Probation Officer |
| s/ Wiley Y. Daniel | |
| Wiley Y. Daniel | Place: Denver, Colorado |
| U. S. District Judge | Date: October 22, 2007 |

# ATTACHMENT

**1A.  VIOLATION OF THE LAW**:  On or about March 28, 2006, the defendant committed the offense of  Conspiracy to Commit Felony Menacing, in violation of Colorado Revised Statute 18-3-206, a Class 6 felony, which constitutes a Grade A violation of supervised release.

This charge is based upon the following facts:

On March 28, 2006, the defendant was arrested by Aurora, Colorado, police officers on West Colfax Avenue and charged with First Degree Assault, and Attempted Aggravated Robbery.  He was detained. On June 8, 2006, with counsel, the defendant entered a plea of guilty in Adams County Colorado District Court, case 2006CR001043, to Added Count Three, Conspiracy to Commit Menacing, a Class 6 felony. On August 3, 2006, with counsel, the defendant was sentenced to two years Colorado Department of Corrections.

According to the investigating detective's Criminal Case Filing, the  victim, "received 16 stitches to the right side of his forehead, five stitches and five staples to the middle, right side of the back of his head. He had stitches to his lower right leg and his right ring finger was fractured."

Felony Menacing-Conspiracy is a Class 6 felony, pursuant to Colorado Revised Statutes (CRS)18-3-206 and 18-2-201.  Pursuant to U.S.S.G. § 7B1.1(a)(1), a Grade A violation constitutes an "offense punishable by a term of imprisonment exceeding one year that (i) is a crime of violence."  According to Application Note 1 to U.S.S.G. § 4B1.2,  the use or threatened use of force constitutes a "Crime of Violence."